# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                                        Chapter 13

                                        Bankruptcy No. 18-10742-ELF

DENEEN M CHECCHIA

6217 WALKER STREET

PHILADELPHIA, PA 19135

          Debtor

### CERTIFICATE OF SERVICE

**AND NOW,** comes William C. Miller, Esquire, chapter 13 standing trustee, and certifies that he served the attached Objection to Confirmation of Chapter 13 Plan on the following parties

**Debtor(s), at the address listed, by first class mail.**
          DENEEN M CHECCHIA

          6217 WALKER STREET

          PHILADELPHIA, PA 19135

**Counsel for debtor(s), by electronic notice only.**
          SCOTT F. WATERMAN ESQ
          110 W FRONT ST

          MEDIA, PA 19163-

**Counsel for the United States Trustee, by electronic notice only.**
          Office of the U.S. Trustee
          Eastern District of Pennsylvania
          833 Chestnut Street, Suite 500
          Philadelphia, PA  19107


                                        /s/ William C. Miller

Date: 4/18/2018


                                        _____
                                        William C. Miller, Esquire
                                        Chapter 13 Standing Trustee