UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:  Deneen M. Checchia            :       Chapter 13
                                      :
        Debtor                        :       No. 18-10742-elf

NOTICE OF MOTION, RESPONSE DEADLINE
AND HEARING DATE

MOVANT, Deneen M. Checchia has filed a **Motion to Avoid the Judicial Lien of Midland Funding, LLC.** with the Court.

**YOUR rights may be affected**.  **You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult an attorney.)**

1.      If you do not want the court to grant the relief sought in the motion or if you want the court to consider your views on the motion, then on or before May 4, 2018 you or your attorney must do all of the following:

      (a) file an answer explaining your position at:

      United States Bankruptcy Court
      900 Market Street, Suite 400
      Philadelphia, PA 19107-4299

If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

      (b) mail a copy to the Movant's attorney:

      Scott F. Waterman, Esquire
      WATERMAN & MAYER, LLP
      110West Front Street
      Media, PA 19063-0168
      Phone:   (610) 566-6177
      Fax No.: (610) 892-6991

2.	If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief requested in the motion.

3.	A hearing on the motion is scheduled to be held before the **Honorable Eric L. Frank** on **June 5, 2018, at 1:00 p.m.** in Courtroom **No 1** ,United States Bankruptcy Court, 900 Market Street, Philadelphia, PA 19107-4298.

4.	If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

5.	You may contact the Bankruptcy Clerk's office at 215-408-2800 to find out whether the hearing has been canceled because no one filed an answer.


Date:  April 19, 2018