**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In re:

                                                    Chapter 13

                                                    Bankruptcy No. 18-10742-ELF

DENEEN M CHECCHIA

6217 WALKER STREET

PHILADELPHIA, PA 19135

      Debtor

**CERTIFICATE OF SERVICE**

      **AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

  Debtor(s), at the address listed, by first class mail.

    DENEEN M CHECCHIA

    6217 WALKER STREET

    PHILADELPHIA, PA 19135

Counsel for debtor(s), by electronic notice only.

    SCOTT F. WATERMAN ESQ
    110 W FRONT ST

    MEDIA, PA 19163-

Date: 4/26/2018

                                                    /S/ William C. Miller
                                                    _____
                                                    William C. Miller, Esquire
                                                    Chapter 13 Standing Trustee