## THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:  Deneen Checchia          :    Chapter 13

             Debtor     :    No. 18-10742

### PRE-CONFIRMATION CERTIFICATION OF COMPLIANCE WITH POST PETITION OBLIGATIONS IN ACCORDANCE WITH 11 U.S.C. SECTION 1325(a)(8) and (a)(9)

I, Scott F. Waterman, Esquire, counsel for the Debtor upon my oath according to law, hereby certify that upon my belief as follows in connection with the confirmation hearing scheduled for June 5, 2018 in the above referenced case:

1. The above-named debtor is current with all post-petition obligations.

2. The above-named debtor does not have to pay any post-petition Domestic Support Obligations.

3. The above-named debtor has filed all applicable Federal, State, and local tax returns, as required by 11 U.S.C. § 1308.

4. If the confirmation hearing date stated above is adjourned for any reason, and the information herein changes, an updated Certification will be provided to the Standing Trustee prior to any subsequent Confirmation hearing date.

Dated:  April 30, 2018          By:____/s/ Scott F. Waterman_____
                                                         SCOTT F. WATERMAN, ESQUIRE