United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 18-10742-elf
Deneen M Checchia                                                         Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: DonnaR          Page 1 of 1            Date Rcvd: May 11, 2018
                         Form ID: trc          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 13, 2018.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14076850        E-mail/PDF: cbp@onemainfinancial.com May 12 2018 02:16:06      ONEMAIN,    P.O. BOX 3251,
    EVANSVILLE, IN 47731-3251
                                                                                                                         TOTAL: 1

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                 TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 13, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 11, 2018 at the address(es) listed below:
        REBECCA ANN SOLARZ    on behalf of Creditor    Pingora Loan Servicing, LLC bkgroup@kmllawgroup.com
        SCOTT F. WATERMAN    on behalf of Debtor Deneen M Checchia scottfwaterman@gmail.com,
         scottfwaterman@gmail.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
        WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                                                                   TOTAL: 4

**2100 B (12/15**)

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 18-10742-elf
Chapter 13

In re: Debtor(s) (including Name and Address)

Deneen M Checchia
6217 Walker Street
Philadelphia PA 19135

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 05/11/2018.

Name and Address of Alleged Transferor(s):

Claim No. 6: ONEMAIN, P.O. BOX 3251, EVANSVILLE, IN 47731-3251

Name and Address of Transferee:

Portfolio Recovery Associates, LLC
PO Box 41067
Norfolk, VA 23541

### -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:    05/13/18

Tim McGrath
**CLERK OF THE COURT**