UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:  Deneen M. Checchia : Chapter 13
: 
Debtor : No. 18-10742-elf

## ORDER AVOIDING JUDICIAL LIEN WHICH IMPAIRS EXEMPTIONS

AND NOW, this 6th day of June, 2018, upon consideration of Debtor's Motion to Avoid the Judicial Lien of Midland Funding, LLC., it is hereby **ORDERED** that Debtor's Motion is **GRANTED**.

IT IS FURTHER **ORDERED** THAT the judicial lien on the Debtor's residence located at 6217 Walker Street, Philadelphia, PA 19135 resulting from the judgment entered in the case captioned: Midland Funding, LLC. vs. Deneen Checchia, Philadelphia Municipal Court No. SC-17-05-22-5518 is hereby **AVOIDED** pursuant to 11 U.S.C. §522(f).

**Order entered by default.**

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**