IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Deneen M. Checchia            :   Chapter 13
          Debtor            :
                            :
                            :   No. 18-10742-elf

## ORDER

AND NOW, this __8th__ day of ____June____, 2018 upon application of SCOTT F. WATERMAN, ESQUIRE, counsel for the above-captioned Debtor, for Approval of Counsel Fees in the sum of **$3,000.00**, and costs in the amount of **$400.00**, and no objections or responsive pleading thereto having been filed, it is hereby **ORDERED** that the said Application is **GRANTED**. The amount of **$1,500.00** shall be paid from available funds by the Chapter 13 Trustee to the extent provided for in the confirmed plan.

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**