United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Deneen M Checchia  
     Debtor

Case No. 18-10742-elf  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: DonnaR     Page 1 of 1     Date Rcvd: Jun 06, 2018  
                                    Form ID: pdf900     Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 08, 2018.  
db         +Deneen M Checchia,   6217 Walker Street,   Philadelphia, PA 19135-3507

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
14050798        +E-mail/Text: bankruptcydpt@mcmcg.com Jun 07 2018 02:17:06   Midland Funding,  
         Attn: Bankruptcy,   Po Box 939069,   San Diego, CA 92193-9069  
14085857        +E-mail/Text: bankruptcydpt@mcmcg.com Jun 07 2018 02:17:06   Midland Funding LLC,  
         PO Box 2011,   Warren, MI 48090-2011  
                                                                                                                TOTAL: 2

          ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 08, 2018                                                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 6, 2018 at the address(es) listed below:  
        REBECCA ANN SOLARZ     on behalf of Creditor    Pingora Loan Servicing, LLC bkgroup@kmllawgroup.com  
        SCOTT F. WATERMAN     on behalf of Debtor Deneen M Checchia scottfwaterman@gmail.com,  
         scottfwaterman@gmail.com  
        United States Trustee     USTPRegion03.PH.ECF@usdoj.gov  
        WILLIAM C. MILLER, Esq.     ecfemails@ph13trustee.com,   philaecf@gmail.com  
                                                                                                                                                               TOTAL: 4

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:  Deneen M. Checchia           :        Chapter 13
                                     :
         Debtor                      :        No. 18-10742-elf

**ORDER AVOIDING JUDICIAL LIEN WHICH IMPAIRS EXEMPTIONS**

AND NOW, this 6th day of June, 2018, upon consideration of Debtor's Motion to Avoid the Judicial Lien of Midland Funding, LLC., it is hereby **ORDERED** that Debtor's Motion is **GRANTED**.

IT IS FURTHER **ORDERED** THAT the judicial lien on the Debtor's residence located at 6217 Walker Street, Philadelphia, PA 19135 resulting from the judgment entered in the case captioned: Midland Funding, LLC. vs. Deneen Checchia, Philadelphia Municipal Court No. SC-17-05-22-5518 is hereby **AVOIDED** pursuant to 11 U.S.C. §522(f).

**Order entered by default.**

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**