**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| Deneen M. Checchia <u>Debtor(s)</u> | CHAPTER 13 |
| Pingora Loan Servicing, LLC <u>Secured Creditor</u> vs. | NO. 18-10742 ELF |
| Deneen M. Checchia <u>Debtor(s)</u> | |
| William C. Miller Esq. <u>Trustee</u> | 11 U.S.C. Section 362 |

**STIPULATION RESOLVING DEBTORS' OBJECTION TO THE**
**JULY 31, 2018 POST-PETITION FEE NOTICE**

AND NOW, it is hereby stipulated and agreed by and between the undersigned as follows:

1. On July 31, 2018, Pingora Loan Servicing, LLC (Secured Creditor) filed a post-petition fee notice under Claim 9 in the total amount of $1,404.84 for its Objection to Confirmation, Proof of Claim, 410A, Plan Review, and mailing costs.

2. Debtors' objected to Secured Creditor's post-petition fee notice on August 6, 2018, disputing the amounts collectible.

3. The Parties have reviewed the claim in depth to come to a resolution of this matter.

4. The post-petition fees and costs are approved as per the following terms:

   a. The amount of $500.00 is recoverable from Debtors for Secured Creditor's fees for its Objection to Confirmation, Proof of Claim, 410A, and Plan Review.

   b. Within thirty (30) days of the filing of this Stipulation, Secured Creditor is to file an Amended Post-Petition Fee Notice in the total amount of $500.00 for its Objection to Confirmation, Proof of Claim, 410A, and Plan Review.

   c. This Amended Post-Petition Fee Notice will be considered timely under 11 U.S.C. Section 3002.1(c).

5. The parties agree that a facsimile signature shall be considered an original signature.

6. Debtor's Objection to Secured Creditor's Proof of Claim is hereby resolved.

Date: September 11, 2018

By: /s/Rebecca A. Solarz, Esq.
Rebecca A. Solarz, Esq.
Attorney for Secured Creditor

Date: 9-12-18

By: _____
Scott F. Waterman, Esq.
Attorney for Debtor(s)

Approved by the Court this _____ day of _____, 2018. However, the court retains discretion regarding entry of any further order.

_____
Bankruptcy Judge
Eric L. Frank