United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 18-10742-elf
Deneen M Checchia                                                         Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2    User: Antoinett    Page 1 of 1    Date Rcvd: Sep 14, 2018
                              Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 16, 2018.
db          +Deneen M Checchia,    6217 Walker Street,    Philadelphia, PA 19135-3507

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 16, 2018                                  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 14, 2018 at the address(es) listed below:
          REBECCA ANN SOLARZ   on behalf of Creditor   Pingora Loan Servicing, LLC bkgroup@kmllawgroup.com
          SCOTT F. WATERMAN   on behalf of Debtor Deneen M Checchia scottfwaterman@gmail.com,
           scottfwaterman@gmail.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                                                                                            TOTAL: 4

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Deneen M. Checchia <br> _Debtor(s)_ | CHAPTER 13 |
| Pingora Loan Servicing, LLC <br> _Secured Creditor_ <br> vs. | NO. 18-10742 ELF |
| Deneen M. Checchia <br> _Debtor(s)_ | |
| William C. Miller Esq. <br> _Trustee_ | 11 U.S.C. Section 362 |

## STIPULATION RESOLVING DEBTORS' OBJECTION TO THE JULY 31, 2018 POST-PETITION FEE NOTICE

AND NOW, it is hereby stipulated and agreed by and between the undersigned as follows:

1. On July 31, 2018, Pingora Loan Servicing, LLC (Secured Creditor) filed a post-petition fee notice under Claim 9 in the total amount of $1,404.84 for its Objection to Confirmation, Proof of Claim, 410A, Plan Review, and mailing costs.

2. Debtors' objected to Secured Creditor's post-petition fee notice on August 6, 2018, disputing the amounts collectible.

3. The Parties have reviewed the claim in depth to come to a resolution of this matter.

4. The post-petition fees and costs are approved as per the following terms:

   a. The amount of $500.00 is recoverable from Debtors for Secured Creditor's fees for its Objection to Confirmation, Proof of Claim, 410A, and Plan Review.

   b. Within thirty (30) days of the filing of this Stipulation, Secured Creditor is to file an Amended Post-Petition Fee Notice in the total amount of $500.00 for its Objection to Confirmation, Proof of Claim, 410A, and Plan Review.

   c. This Amended Post-Petition Fee Notice will be considered timely under 11 U.S.C. Section 3002.1(c).

5. The parties agree that a facsimile signature shall be considered an original signature.

6. Debtor's Objection to Secured Creditor's Proof of Claim is hereby resolved.

Date:  September 11, 2018                By:  /s/Rebecca A. Solarz, Esq.
                                              Rebecca A. Solarz, Esq.
                                              Attorney for Secured Creditor


Date: 9-12-18                            By:  [signature]
                                              Scott F. Waterman, Esq.
                                              Attorney for Debtor(s)

**ORDER**

Approved by the Court this 14th day of September, 2018.

[signature]

**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**