UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

January 29, 2019

To: **Mario J. Janyon Esquire**
Phelan Hallinan Diamond & Jones, LLP
1617 JFK Boulevard, Suite 1400
One Penn Center Plaza
Philadelphia, PA 19103

                      In re: Deneen M. Checchia
                      Bankruptcy No. **18-10742**
                      Adversary No.
                      Chapter **13**

Re **Transfer of Service in Claim #9**

The above document(s) were filed in this office on **01/28/2019.** Please be advised that the filing fee has not been received as required pursuant to the Federal Rules of Bankruptcy Procedure and/or the Local Rules of this court.

        ( )       Voluntary Petition Amount
        ( )       Adversary Proceeding Amount
        ( )       $31.00 Filing Fee for Amendments
        **(X)**      $25.00 Claims Transfer Fee
        ( )       Motion Filing Fee Amount

Please submit the payment(s) within seven (7) days from the date of this notice as required by the courts standing order Misc. No. Order 15-3008REF. If the delinquency is not paid, this matter will be referred to the Chief Judge.

                      Timothy B. McGrath
                      Clerk


                      By:**Donna Rockeymore**
±
                      Deputy Clerk

*Fee Notice*
*(11/26/18)*