IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:
DENEEN M. CHECCHIA
MICHAEL P. BRESLIN (Non-Filing Co-Debtor)
                Debtors

CHAPTER 13

BK. No. 18-10742 ELF

ORDER       (Doc. # 62)

AND NOW, this  2nd  day of  October  , 2019, it is hereby **ORDERED** that the corresponding Stipulation is hereby approved.

ERIC L. FRANK
U.S. BANKRUPTCY JUDGE