United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 18-10742-elf
Deneen M Checchia                                                       Chapter 13
      Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: Lisa              Page 1 of 1           Date Rcvd: Oct 02, 2019
                              Form ID: pdf900         Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 04, 2019.
db             +Deneen M Checchia,    6217 Walker Street,    Philadelphia, PA 19135-3507

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr              +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 03 2019 02:54:16
                 PRA Receivables Management LLC,    POB 41067,    Norfolk, VA 23541-1067
cr              +E-mail/PDF: gecsedi@recoverycorp.com Oct 03 2019 02:53:51      Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                                TOTAL: 2

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14050797       ##+Michael P. Breslin,    6109 Montague Street,    Philadelphia, PA 19135-3522
                                                                                                TOTALS: 0, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 04, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 2, 2019 at the address(es) listed below:
              JEROME B. BLANK    on behalf of Creditor    Lakeview Loan Servicing, LLC paeb@fedphe.com
              MARIO J. HANYON    on behalf of Creditor    Pingora Loan Servicing, LLC paeb@fedphe.com
              MARIO J. HANYON    on behalf of Creditor    Flagstar Bank, FSB paeb@fedphe.com
              PATRICIA M. MAYER    on behalf of Debtor Deneen M Checchia patriciamayerpc@gmail.com,
               nydia.ramirez@comcast.net;mayerpr86037@notify.bestcase.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Pingora Loan Servicing, LLC bkgroup@kmllawgroup.com
              THOMAS YOUNG.HAE SONG    on behalf of Creditor    Pingora Loan Servicing, LLC paeb@fedphe.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                                                TOTAL: 8

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:
DENEEN M. CHECCHIA                                         CHAPTER 13
MICHAEL P. BRESLIN (Non-Filing Co-Debtor)
                Debtors                        BK. No. 18-10742 ELF

### ORDER

(Doc. # 62)

AND NOW, this 2nd day of October, 2019, it is hereby **ORDERED** that the corresponding Stipulation is hereby approved.

_____
ERIC L. FRANK
U.S. BANKRUPTCY JUDGE