# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Deneen M. Checchia
    Debtor(s)

MIDFIRST BANK
    v.
Deneen M. Checchia
    And
Michael P. Breslin
    Co-Debtor
Kenneth E. West Esq.
    Trustee

Chapter 13

NO. 18-10742 ELF

## ORDER

AND NOW, this 3rd day of May, 2022 upon the filing of a Certification of Default by the Movant in accordance with the Stipulation of the parties dated September 4, 2020, it is **ORDERED** that the automatic stay under 11 U.S.C. Sections 362 and 1301 (if applicable), is **MODIFIED** to allow MidFirst Bank and its successor in title to proceed with the execution process through, among other remedies but not limited to Sheriff's Sale regarding the premises 6217 Walker Street, Philadelphia, PA, 19135.

The stay provided by Bankruptcy Rule 4001(a)(3) has been waived.

ERIC L. FRANK
UNITED STATES BANKRUPTCY JUDGE