United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                            Case No. 18-10742-elf

Deneen M Checchia                         Chapter 13

       Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2                        User: admin                        Page 1 of 2

Date Rcvd: May 04, 2022                  Form ID: pdf900                 Total Noticed: 4

The following symbols are used throughout this certificate:
**Symbol      Definition**

\+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 06, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Deneen M Checchia, 6217 Walker Street, Philadelphia, PA 19135-3507 |
| cr | + | MidFirst Bank, 4375 Jutland Dr. Suite 200, P.O. Box 179, San Diego, CA 92117-3600 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 05 2022 00:08:47 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| cr | + | Email/PDF: gecsedi@recoverycorp.com | May 05 2022 00:08:46 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 2

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 06, 2022                      Signature:       /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 4, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| JEROME B. BLANK | on behalf of Creditor Lakeview Loan Servicing  LLC paeb@fedphe.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 2 of 2 |
| Date Rcvd: May 04, 2022 | Form ID: pdf900 | Total Noticed: 4 |

MARIO J. HANYON
    on behalf of Creditor Flagstar Bank  FSB wbecf@brockandscott.com, mario.hanyon@brockandscott.com

MARIO J. HANYON
    on behalf of Creditor Pingora Loan Servicing  LLC wbecf@brockandscott.com, mario.hanyon@brockandscott.com

MICHAEL P. KELLY
    on behalf of Debtor Deneen M Checchia mpkpc@aol.com  r47593@notify.bestcase.com

REBECCA ANN SOLARZ
    on behalf of Creditor Pingora Loan Servicing  LLC bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com

REBECCA ANN SOLARZ
    on behalf of Creditor MidFirst Bank bkgroup@kmllawgroup.com  rsolarz@kmllawgroup.com

THOMAS SONG
    on behalf of Creditor Pingora Loan Servicing  LLC tomysong0@gmail.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 9

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:  Deneen M. Checchia<br>　　　　　　　Debtor(s)<br><br>MIDFIRST BANK<br>　　　　v.<br>Deneen M. Checchia<br>　　　　And<br>Michael P. Breslin<br>　　　　　　　Co-Debtor<br>Kenneth E. West Esq.<br>　　　　　　　Trustee | Chapter 13<br><br>NO. 18-10742 ELF |

## ORDER

AND NOW, this 3rd day of May, 2022 upon the filing of a Certification of Default by the Movant in accordance with the Stipulation of the parties dated September 4, 2020, it is **ORDERED** that the automatic stay under 11 U.S.C. Sections 362 and 1301 (if applicable), is **MODIFIED** to allow MidFirst Bank and its successor in title to proceed with the execution process through, among other remedies but not limited to Sheriff's Sale regarding the premises 6217 Walker Street, Philadelphia, PA, 19135.

The stay provided by Bankruptcy Rule 4001(a)(3) has been waived.

ERIC L. FRANK
UNITED STATES BANKRUPTCY JUDGE