# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 18-10742-ELF

DENEEN M CHECCHIA

6217 WALKER STREET

PHILADELPHIA, PA 19135

    Debtor

## **CERTIFICATE OF SERVICE**

**AND NOW**, comes Kenneth E. West, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    DENEEN M CHECCHIA

    6217 WALKER STREET

    PHILADELPHIA, PA 19135

Counsel for debtor(s), by electronic notice only.

    MICHAEL P. KELLY, ESQ
    202 PENNS SQUARE
    SUITE 202
    LANGHORNE, PA 19047-

Date: 6/21/2022

/S/ Kenneth E. West
_____
Kenneth E. West, Esquire
Chapter 13 Standing Trustee