United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Deneen M Checchia  
Debtor

Case No. 18-10742-elf  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2  User: admin  Page 1 of 3  
Date Rcvd: Jul 19, 2022  Form ID: pdf900  Total Noticed: 26

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 21, 2022:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| db | + | Deneen M Checchia, 6217 Walker Street, Philadelphia, PA 19135-3507 |
| 14264514 | | Flagstar Bank, FSB, P.O. Box 660263, Dallas, TX 75266-0263 |
| 14050796 | + | KML Law Group, P.C., Suite 5000 - BNY Independence Center, 701 Market Street, Philadelphia, PA 19106-1541 |
| 14050800 | + | Pingora Loan Servicing, LLC, 425 Phillips Blvd, Hartford, CT 06180-0001 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
| --- | --- | --- | --- | --- |
| smg | | Email/Text: megan.harper@phila.gov | Jul 20 2022 00:10:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jul 20 2022 00:10:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | + | Email/Text: ecfbnc@aldridgepite.com | Jul 20 2022 00:10:00 | MidFirst Bank, 4375 Jutland Dr. Suite 200, P.O. Box 179, San Diego, CA 92117-3600 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 20 2022 00:13:16 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| cr | + | Email/PDF: gecsedi@recoverycorp.com | Jul 20 2022 00:13:06 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14088096 | + | Email/PDF: rmscedi@recoverycorp.com | Jul 20 2022 00:13:06 | Bureaus Investment Group Portfolio No 15 LLC, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 14170147 | | Email/Text: megan.harper@phila.gov | Jul 20 2022 00:10:00 | City of Philadelphia, Law Department Tax Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14050794 | + | Email/Text: clientservices@credit-control.com | Jul 20 2022 00:10:00 | Central Loan Admin & R, 425 Phillips Blvd, Ewing, NJ 08618-1430 |
| 14050795 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jul 20 2022 00:13:16 | Chase Card Services, Attn: Correspondence Dept, Po Box 15298, Wilmington, DE 19850 |
| 14465970 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Jul 20 2022 00:13:05 | MidFirst Bank, Bankruptcy Department, 999 NW Grand Boulevard, #110, Oklahoma City, OK 73118-6051 |
| 14050798 | + | Email/Text: bankruptcydpt@mcmcg.com | Jul 20 2022 00:10:00 | Midland Funding, Attn: Bankruptcy, Po Box 939069, San Diego, CA 92193-9069 |
| 14085857 | + | Email/Text: bankruptcydpt@mcmcg.com | | |

District/off: 0313-2 User: admin Page 2 of 3
Date Rcvd: Jul 19, 2022 Form ID: pdf900 Total Noticed: 26

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Jul 20 2022 00:10:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14076850 | | Email/PDF: cbp@onemainfinancial.com | Jul 20 2022 00:12:59 | ONEMAIN, P.O. BOX 3251, EVANSVILLE, IN 47731-3251 |
| 14050799 | + | Email/PDF: cbp@onemainfinancial.com | Jul 20 2022 00:13:16 | OneMain Financial, Attn: Bankruptcy Department, 601 Nw 2nd St #300, Evansville, IN 47708-1013 |
| 14050801 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 20 2022 00:13:06 | Portfolio Recovery, Po Box 41067, Norfolk, VA 23541 |
| 14063330 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 20 2022 00:12:59 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14051064 | + | Email/PDF: rmscedi@recoverycorp.com | Jul 20 2022 00:13:06 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14090480 | + | Email/Text: BKelectronicnotices@cenlar.com | Jul 20 2022 00:10:00 | Pingora Loan Servicing, LLC, c/o Cenlar FSB, 425 Phillips Blvd, Ewing, NJ 08618-1430 |
| 14068289 | | Email/Text: bnc-quantum@quantum3group.com | Jul 20 2022 00:10:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14050803 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 20 2022 00:13:16 | Synchrony Bank, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14050804 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 20 2022 00:12:59 | Synchrony Bank/Care Credit, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14050805 | + | Email/PDF: tbiedi@PRAGroup.com | Jul 20 2022 00:12:59 | The Bureaus Inc, 650 Dundee Rd, Suite 370, Northbrook, IL 60062-2757 |

TOTAL: 22

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14105654 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 14050797 | ##+ | Michael P. Breslin, 6109 Montague Street, Philadelphia, PA 19135-3522 |
| 14050802 | ##+ | Scott F. Waterman, Esquire, 110 W. Front Street, Media, PA 19063-3208 |

TOTAL: 0 Undeliverable, 1 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 21, 2022      Signature:      /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 19, 2022 at the address(es) listed below:

**Name**      **Email Address**

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Jul 19, 2022 | Form ID: pdf900 | Total Noticed: 26 |

JEROME B. BLANK
    on behalf of Creditor Lakeview Loan Servicing LLC paeb@fedphe.com

KENNETH E. WEST
    ecfemails@ph13trustee.com philaecf@gmail.com

MARIO J. HANYON
    on behalf of Creditor Pingora Loan Servicing LLC wbecf@brockandscott.com, mario.hanyon@brockandscott.com

MARIO J. HANYON
    on behalf of Creditor Flagstar Bank FSB wbecf@brockandscott.com, mario.hanyon@brockandscott.com

MICHAEL P. KELLY
    on behalf of Debtor Deneen M Checchia mpkpc@aol.com r47593@notify.bestcase.com

REBECCA ANN SOLARZ
    on behalf of Creditor MidFirst Bank bkgroup@kmllawgroup.com rsolarz@kmllawgroup.com

REBECCA ANN SOLARZ
    on behalf of Creditor Pingora Loan Servicing LLC bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com

THOMAS SONG
    on behalf of Creditor Pingora Loan Servicing LLC tomysong0@gmail.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 9

# UNITED STATES BANKRUTPCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | Chapter 13 |
| DENEEN M CHECCHIA | |
| Debtor | Bankruptcy No. 18-10742-ELF |

## ORDER

**AND NOW**, this \_\_\_19th\_\_\_ day of \_\_\_July\_\_\_, 2022, upon consideration of the Motion to Dismiss Case filed by Kenneth E. West, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

**IT IS FURTHER ORDERED** that any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor's plan shall be refunded to the Debtor unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

_____
Honorable Eric L. Frank
Bankruptcy Judge

Kenneth E. West, Trustee
P.O. Box 40837
Philadelphia, PA 19107

Debtor's Attorney:
MICHAEL P. KELLY, ESQ
202 PENNS SQUARE
SUITE 202
LANGHORNE, PA 19047-

Debtor:
DENEEN M CHECCHIA

6217 WALKER STREET

PHILADELPHIA, PA 19135